UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREATER BAY GROUP, LLC,

    Plaintiff,

v.                                    Case No: 8:16-cv-2149-T-36TBM

THE HELION GROUP AG, LLC, ABIR
MARU, GAJA INTERNATIONAL, INC.,
CREDIT COMPANY LIMITED,
ANDREW ALBANO, JATINDER SINGH,
MICHAEL K. LAURIE, ZULMA AYALA,
VERNON LAW GROUP, P.A., SMALL
BUSINESS LAW GROUP, LLC and
BANKUNITED, INC.,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on August 15, 2017 (Doc. 39). In the Report and Recommendation, Magistrate Judge McCoun recommends that Bank United's Motion to Quash Service of Process (Doc. 35) and Defendants' Motion to Quash Service of Process (Doc. 36) be GRANTED. Magistrate Judge McCoun further recommends that Plaintiff be Ordered to show cause why this action should not be dismissed without prejudice as to all Defendants for failing to serve the Defendants within 90 days after the amended complaint was filed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 39) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Bank United's Motion to Quash Service of Process (Doc. 35) is GRANTED.

(3) Defendants Abir Maru, Gaja International and Credit Company Limited D/B/A Credit Corp LTD's Motion to Quash Service of Process (Doc. 36) is GRANTED.

(4) Plaintiff is ordered to **SHOW CAUSE,** by written response filed within fourteen (14) days from the date of this Order, why this action should not be dismissed, without prejudice, as to all Defendants for failure to serve the Defendants within 90 days after the amended complaint was filed. *See* Rule 4(m), Fed. R. Civ. P. **Failure to file a written response will result in dismissal of this action without further notice of the Court.**

**DONE AND ORDERED** at Tampa, Florida on September 6, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record